Kelly H. Dove, Esq.
Nevada Bar No. 10569
Erica Stutman, Esq.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: kdove@swlaw.com
       estutman@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Dent-Bozzano,<br><br>                    Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.,<br><br>                    Defendants. | Case No.: 2:26-cv-00039-CDS-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, ET SEQ.**<br><br>**(FIRST REQUEST)** |

Plaintiff Jennifer Dent-Bozzano and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel, stipulate and request that Wells Fargo have an extension of time from February 6, 2026 through and including February 27, 2026 to respond to Plaintiff's Complaint.  This is Wells Fargo's first request for an extension.

Good cause exists for this extension to allow Wells Fargo and its counsel time to investigate the allegations before responding, which includes not only Wells Fargo's records but also aspects of Plaintiff's prior bankruptcy action. The additional time will also allow the parties to begin

4917-5372-2507

discussions about potential resolution.  This extension will not cause any undue delay.

DATED:  January 30, 2026.

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Kelly H. Dove (NV Bar No. 10569)
Erica Stutman (NV Bar No. 10794)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Wells Fargo Bank, N.A*

## ORDER

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A. has through and including February 27, 2026 to respond to Plaintiff's Complaint.

DATED January 30, 2026

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Kelly H. Dove
Kelly H. Dove (NV Bar No. 10569)
Erica Stutman, Esq. (NV Bar No. 10794)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Wells Fargo Bank, N.A.*

and

/s/ Gerardo Avalos (with permission)
George Haines
Gerardo Avalos
FREEDOM LAW FIRM, LLC
8685 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

2

4917-5372-2507