**GREENBERG TRAURIG, LLP**
Joel E. Tasca, Esq.
Nevada Bar Number 14124
Alix Goldstein, Esq.
Nevada Bar Number 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: joel.tasca@gtlaw.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Dent-Bozzano,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.,<br><br>Defendants. | Case No. 2:26-cv-00039-CDS-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Jennifer Dent-Bozzano ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant," and collectively, the "Parties"), by and through their respective undersigned counsel, stipulate to extend the time to respond to the complaint by 30 days to obtain relevant and necessary documents in this case and request that this Court enter an order effectuating the same.

## I.    RELEVANT PROCEDURAL BACKGROUND

Plaintiff filed her complaint on January 9, 2026.  ECF No. 1.  Defendant was served on January 14.  The deadline to respond to Plaintiff's complaint is February 4, 2026.  The Parties are seeking to extend the time to respond for a period of 30 days.

///

///

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002

## II. REASONS FOR EXTENSION OF TIME

To facilitate a full examination of the records maintained by Defendant regarding Plaintiff and her accounts, counsel for Defendant requires a 30-day extension to respond to the complaint. Counsel also has other pressing deadlines in the coming weeks, and an extension would ensure that Defendant's response to the complaint was thoughtful and comprehensive.  This is the Parties' first request for an extension of this deadline and it is not intended to cause any delay or prejudice to any party.

Based on the foregoing, the Parties stipulate and agree that the deadline to file a response to the complaint be extended 30 days from February 4, 2026, to March 4, 2026.

**IT IS SO STIPULATED.**

DATED this 3rd day of February, 2026.

**FREEDOM LAW FIRM, LLC**

/s/ Gerardo Avalos
George Haines (NV Bar No. 9411)
Gerardo Avalos, Esq. (NV Bar No. 15171)
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

Attorney for Plaintiff Jennifer Dent-Bozzano

**GREENBERG TRAURIG, LLP**

/s/  Joel E. Tasca
Joel E. Tasca (NV Bar No. 14124)
Alix Goldstein (NV Bar No. 16540)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

Attorneys for JPMorgan Case Bank, N.A.

IT IS SO ORDERED.

_____
UNITED STATE MAGISTRATE JUDGE

Date: _____February 3, 2026_____

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773    Facsimile: (702) 792-9002