Kelly H. Dove (NV Bar No. 10569)
Erica J. Stutman (NV Bar No. 10794)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: kdove@swlaw.com
       estutman@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Dent-Bozzano,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.,<br><br>Defendants. | Case No.: 2:26-cv-00039-CDS-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Jennifer Dent-Bozzano and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel, stipulate and request that Wells Fargo have an extension of time from February 27, 2026 through and including March 13, 2026 to respond to Plaintiff's Complaint.  This is Wells Fargo's second request for an extension.

Good cause exists for this extension because the parties are finalizing documentation to resolve this matter. To allow time to complete this, the parties have agreed that no later than March 13, 2026, either Wells Fargo will file a response to the Complaint or Plaintiff will file a voluntary dismissal of Wells Fargo. This extension will not cause any undue delay.

DATED:  February 23, 2026.

SNELL & WILMER L.L.P.

By: *s/Erica J. Stutman*
    Kelly H. Dove (NV Bar No. 10569)
    Erica J. Stutman (NV Bar No. 10794)
    1700 South Pavilion Center Drive, Suite 700
    Las Vegas, Nevada 89135

*Attorneys for Defendant Wells Fargo Bank, N.A*

4917-5372-2507

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A. has through and including March 13, 2026 to respond to Plaintiff's Complaint.

DATED February 24, 2026

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

_s/Erica J. Stutman_
Kelly H. Dove (NV Bar No. 10569)
Erica J. Stutman (NV Bar No. 10794)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135

_Attorneys for Defendant Wells Fargo Bank, N.A._

and

_s/Gerardo Avalos_ (with permission)
George Haines
Gerardo Avalos
FREEDOM LAW FIRM, LLC
8685 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

_Attorneys for Plaintiff_

2

4911-2711-7964